VIRGINIA:

IN THE CIRCUIT COURT FOR WASHINGTON COUNTY FILED

RUBY GAIL COOK,                          )                     OCT - 1 2018

    PLAINTIFF,                            )            DEPUTY CLERK CIRCUIT COURT
                             )            WASHINGTON COUNTY, VA

v.                                       )            CASE NO.: _____

                             )

WAL-MART STORES EAST, INC.,               )

    DEFENDANT.                            )

## COMPLAINT

Plaintiff, Ruby Gail Cook ("Ms. Cook"), by counsel, moves for judgment against Defendant, Wal-Mart Stores East, Inc. ("Defendant Wal-Mart"), a subsidiary of Wal-Mart Stores, Inc., on the grounds and in the amount set forth below:

1. Ms. Cook is a resident and domiciliary of the State of Tennessee.

2. Defendant Wal-Mart is a corporation registered with the Commonwealth of Virginia State Corporation Commission to conduct business in the Commonwealth of Virginia.

3. Defendant Wal-Mart is a corporation organized under the laws of the state of Arkansas.

4. Defendant Wal-Mart is the owner and operator of the store located at 13245 Lee Highway, Bristol, Virginia.

5. As the owner and operator of said store, a place of business to which the general public is invited, Defendant Wal-Mart, its agents and employees had a duty to maintain the premises in a reasonably safe condition for customers like Ms. Cook; to make reasonable inspections to determine whether any latent defects existed; to correct latent defects, and to warn the public of any

EXHIBIT .............A..........

such latent defects known to it, its agents and employees, or which reasonably should have been known to it, its agents and employees.

6. Notwithstanding said duties and at the time and date set forth herein, Defendant Wal-Mart, its agents and employees negligently allowed a slippery, clear fluid substance to remain on the floor of said premises in an aisle down which patrons of the store customarily passed while shopping, although Defendant, its agents and employees, knew, or in the exercise of reasonable care, should have known, that said defective condition existed.

7. On or about the 2nd day of August, 2016, Ms. Cook was a customer in said store and was walking down or at the end of an aisle in which the slippery, clear fluid substance was located. As a direct and proximate result of Defendant Wal-Mart's negligence as aforesaid, Ms. Cook slipped and fell in the slippery, clear fluid substance on the floor, sustaining serious injuries to her knee, leg and ankle.

8. As a direct result of her fall, Ms. Cook has been forced to incur substantial medical and hospital bills in an effort to be cured of her injury, and will likely incur the same in the future; has suffered and continues to suffer severe physical pain and mental anguish; and has likely suffered a permanent injury and loss of income.

WHEREFORE, Ms. Cook demands judgment against Defendant Wal-Mart Stores East, Inc. in the amount of not less than Seven Hundred Thousand Dollars ($700,000.00) and her costs expended in this action.

Ruby Gail Cook
PLAINTIFF

BY COUNSEL

JESSEE, READ & HOWARD, P. C.

BY: _____
John E. Jessee (VSB #39684)
200 Valley Street NW
Abingdon, Virginia 24212
Telephone:  (276) 628-1089
Facsimile:  (276) 628-2411